**U.S. Department of Justice**

United States Attorney
District of New Jersey

*Special Prosecutions Division*

---

John M. Fietkiewicz
Senior Litigation Counsel

970 Broad Street, Suite 700
Newark, NJ 07102

(973)645-2780
Fax: (973)297-2006

April 1, 2008

Honorable Stanley R. Chesler
United States District Judge
United States District Court
United States Post Office
   and Courthouse
Federal Square
Newark, New Jersey 07102

      Re: United States v. Cocchiola
          <u>Criminal No. 05-533</u>

Dear Judge Chesler:

      The Government has received Cocchiola's Motion for a New Trial. The Government respectfully requests permission to file its response on or before Friday, April 18, 2008.

      I have conferred with Mr. Lustberg, and he has consented to this date for the response.

                              Respectfully submitted,

                              CHRISTOPHER J. CHRISTIE
                              United States Attorney

                        By: JOHN M. FIETKIEWICZ
                              Senior Litigation Counsel
                              Special Prosecutions Division

cc: Lawrence S. Lustberg, Esq.