UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK COCCHIOLA and<br>STEVEN VENECHANOS,<br><br>Defendants. | Criminal No. 05-533 (SRC)<br><br>**ORDER** |

This matter having come before the Court on the Motion of Defendant Mark Cocchiola, through his attorneys, Gibbons P.C., pursuant to 18 U.S.C. § 3143(a) to continue bail pending the disposition of the post-trial motion for a new trial based upon newly discovered evidence, to which the government has consented, and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown,

IT IS on this __10__ day of __April__ 2008,

ORDERED that Mr. Cocchiola's motion for the continuation of bail pending the disposition of the post-trial motion for a new trial is hereby **GRANTED**; and it is further

ORDERED that this Order be provided to the United States Marshals Service for transmission to the Federal Bureau of Prisons, so that Mr. Cocchiola's date of voluntary surrender, which is to be set by the Bureau of Prisons, may, if necessary, be adjusted accordingly.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE