UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK COCCHIOLA,<br><br>Defendant. | Criminal No. 05-533 (SRC)<br><br>**ORDER** |

The Court having denied Defendant Mark Cocchiola's post-trial motions for a new trial based upon newly discovered evidence, and there appearing a need to set a date for Mr. Cocchiola to voluntarily surrender to the facility previously designated by the Bureau of Prisons, and the parties having conferred and agreed that the date of voluntary surrender should be July 1, 2008, and the Court having considered the statements of counsel, and for good cause shown,

IT IS on this 30th day of May 2008,

**ORDERED** that Mr. Cocchiola's date of voluntary surrender is to be July 1, 2008, at the facility previously designated by the Bureau of Prisons; and it is further

**ORDERED** that this Order be provided to the United States Probation Office for transmission to the United States Marshals Service and the Federal Bureau of Prisons, so that they are made aware of Mr. Cocchiola's July 1, 2008 date of voluntary surrender.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE