UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK COCCHIOLA and<br>STEVEN VENECHANOS,<br><br>Defendants. | Criminal No. 05-533 (SRC)<br><br>**ORDER** |

This matter having come before the Court on the Motion of Defendant Mark Cocchiola, through his attorneys, Gibbons P.C., pursuant to Rule 33 of the Federal Rules of Criminal Procedure to grant a new trial based upon newly discovered evidence, and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown,

IT IS on this 2nd day of June 2008,

ORDERED that Mr. Cocchiola's motion for a new trial is hereby ~~GRANTED~~ Denied.

STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE