UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK COCCHIOLA and<br>STEVEN VENECHANOS,<br><br>Defendant. | Criminal No. 05-533 (SRC)<br><br>ORDER |

The Court having denied the motions for bail pending appeal filed by Defendant Mark Cocchiola and Defendant Steven Venechanos, and there appearing a need to set a new date for Mr. Cocchiola and Mr. Venechanos to voluntarily surrender to the Bureau of Prisons so as to provide adequate time for Defendants to seek bail pending appeal from the United States Court of Appeals for the Third Circuit, and the parties having conferred and agreed that the date of voluntary surrender should accordingly be July 15, 2008, and for good cause shown,

IT IS on this 26 day of June 2008,

ORDERED that the date of voluntary surrender for both Mr. Cocchiola and Mr. Venechanos is to be July 15, 2008; and it is further

ORDERED that this Order be provided to the United States Probation Office for transmission to the United States Marshals Service and the Federal Bureau of Prisons, so that they are made aware of the July 15, 2008 date of voluntary surrender.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

CONSENTED TO AS TO FORM AND ENTRY:

*[signature]*
Lawrence S. Lustberg, Esq.
Counsel for Mr. Cocchiola

*[signature]*
John C. Whipple, Esq.
Counsel for Mr. Venechanos

*[signature]*
John M. Fietkiewicz, AUSA
Senior Litigation Counsel