## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

MARK COCCHIOLA,

Defendant.

Criminal No. 05-533 (SRC)

**CONSENT ORDER**

This matter having come before the Court on the application of Defendant Mark Cocchiola for an Order postponing the date of his voluntary surrender for the service of his sentence for three days, from July 15, 2008 to July 18, 2008, and the United States, by John M. Fietkiewicz, having consented to such postponement, and for good cause shown,

IT IS on this 14th day of July 2008,

**ORDERED** that the date of voluntary surrender for Mr. Cocchiola be and it hereby is postponed from July 15, 2008 to July 18, 2008; and it is further

**ORDERED** that this Order be provided to the United States Probation Office for transmission to the United States Marshals Service and the Federal Bureau of Prisons, so that they are made aware of the July 18, 2008 date of voluntary surrender.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

CONSENTED TO AS TO FORM AND ENTRY:

Lawrence S. Lustberg, Esq.
Counsel for Mark Cocchiola

John M. Fietkiewicz, AUSA
Senior Litigation Counsel

-2-